City of Evanston, Appellee, v. Mrs. Ona Webb Hopkins, Appellant.

Gen. No. 43,939.

opinion filed February 3, 1947; released for publication February 17, 1947. Harold M. Tyler, for appellant; Joseph E. Snowden, of counsel; Erwin F. Stolle, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.